# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 23-31600

**Case Name:** Misty Ambre Lynn

**For Period Ending:** 06/30/2024

**Trustee Name:** (620710) M. Aaron Spencer

**Date Filed (f) or Converted (c):** 09/12/2023 (f)

**§ 341(a) Meeting Date:** 10/10/2023

**Claims Bar Date:** 10/28/2024

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 850 Laurel Lake Cir, Madisonville, TN 37354-0000, Monroe County | 300,000.00 | 117,999.00 | | 265,000.00 | FA |
| 2 | 2012 Honda Accord, 106000 miles | 5,000.00 | 0.00 | | 0.00 | FA |
| 3 | Living room set, bedroom furniture, microwave, refrigerator, vacuum, kitchen table and chairs, stove, kitchen utensils, lawn mower, tools | 750.00 | 0.00 | | 0.00 | FA |
| 4 | 2 TVs | 150.00 | 0.00 | | 0.00 | FA |
| 5 | Excercise equipment | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Costume jewlery | 50.00 | 0.00 | | 0.00 | FA |
| 8 | 2 dogs, 4 goldfish, 1 lizard, 1 cat (missing) | 5.00 | 0.00 | | 0.00 | FA |
| 9 | Cash | 5.00 | 0.00 | | 0.00 | FA |
| 10 | Online checking: Cash App | 27.00 | 0.00 | | 0.00 | FA |
| 11 | Ret. or Pension Acct.: Unknown Debtor asserts she was awarded a portion of ex-spouses retirement in her divorce case. Final Decree is silent in regards to this issue | 1.00 | 0.00 | | 0.00 | FA |
| 12 | Debtor asserts that real property, retirement, and spousal support was awarded to her solely in her divorce; however Final Decree is silent as to these. Ex-spouse refuses to sign a quit claim deed but has agreed she is entiled to 60% of the value of the real property | 1.00 | 0.00 | | 0.00 | FA |
| 13 | Potential legal malpractice claim against Matthews, Ward & Green, PLLC, Steven Ward, Derek Green | 1.00 | 0.00 | | 0.00 | FA |
| **13** | **Assets       Totals**       (Excluding unknown values) | **$306,340.00** | **$117,999.00** | | **$265,000.00** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:**   23-31600

**Case Name:**   Misty Ambre Lynn

**For Period Ending:**   06/30/2024

**Trustee Name:**   (620710) M. Aaron Spencer

**Date Filed (f) or Converted (c):**  09/12/2023 (f)

**§ 341(a) Meeting Date:**   10/10/2023

**Claims Bar Date:**   10/28/2024

**Major Activities Affecting Case Closing:**

February 29, 2024 - Filed Motion to Sell Real Property Free and Clear of Liens and Notice of Sale regarding Real Property located at 850 Laurel Lake Circle, Madisonville, TN 37354.

March 7, 2024 - Entered Order Approving Sale of Real Property Free and Clear of Liens and Notice of Sale [Doc. 44].

June 30, 2024 - Review case in regard to additional potential assets.

October 28, 2024 is the Deadline to File Proof of Claim in the Case and file TFR on or before November 15, 2024.

**Initial Projected Date Of Final Report (TFR):**          11/29/2024          **Current Projected Date Of Final Report (TFR):**          11/15/2024